A11A1663. WALKER v. THE STATE.
(721 SE2d 661)

SMITH, Presiding Judge.

Wendell D. Walker was convicted of possession of cocaine with intent to distribute. His motion for new trial was denied, and he appeals, asserting only the general grounds.

Walker's perfunctory appellate brief contains less than three pages of argument in which he recites no facts, references no testimony or evidence, and simply lists a series of cases referring to the general standard of review and burden of proof in sufficiency cases. This brief is completely inadequate to support Walker's claim of error. See Court of Appeals Rule 25 (c).

Nevertheless, we have reviewed the record on appeal and find the evidence sufficient to uphold Walker's conviction under the standard established in *Jackson v. Virginia*, 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979). Accord *White v. State*, 310 Ga. App. 386, 389-390 (2) (a) (714 SE2d 31) (2011).

*Judgment affirmed. Mikell, C. J., and Dillard, J., concur.*

DECIDED DECEMBER 28, 2011.

*David G. Daniell*, for appellant.
*T. Rabb Wilkerson III, District Attorney, Daryl E. Manns, Assistant District Attorney*, for appellee.